**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JOSEPH LAVON WEBSTER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No.  CIV-04-1663-F |
| ) | |
| ATTORNEY GENERAL OF THE ) | |
| STATE OF OKLAHOMA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Petitioner, a state prisoner appearing *pro se*, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  After consideration of each of the several grounds upon which petitioner seeks habeas relief, Magistrate Judge Bana Roberts issued a Report and Recommendation on May 5, 2006 recommending that the petition be denied.  (Doc. no. 13.)  On May 22, 2006, petitioner filed a timely objection to the Report and Recommendation, objecting to all suggested rulings.  (Objection at doc. no. 14 entitled "Report and Recommendation.")  Petitioner's pleadings are liberally construed.  As petitioner has objected to all of the Magistrate Judge's suggested rulings, the court reviews all issues *de novo*.

After study of the petitioner's objections, the Report and Recommendation, the record, and the relevant authorities, the court finds and concludes that it concurs with the Magistrate Judge's determinations.  The court further finds that no purpose would be served by repeating the Magistrate Judge's determinations or by presenting any additional analysis here.

Accordingly, the May 5, 2006 Report and Recommendation of Magistrate Judge Bana Roberts is hereby **ACCEPTED**, **ADOPTED** and **AFFIRMED** in its entirety. The Petition for Writ of Habeas Corpus is **DENIED**.

Dated this 1st day of June, 2006.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

04-1663p002(pub).wpd